AMANDA W. GOODIN (WSB #41312)   HONORABLE EDWARD M. CHEN
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(415) 217-2000
(415) 217-2040 *[FAX]*
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| BASEL ACTION NETWORK and SIERRA CLUB, | Civ. No. CV11-6185 EMC |
| Plaintiffs, | |
| v. | [PR~~OPO~~SED] ORDER ON EXTENSION |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; LISA P. JACKSON, Administrator, U.S. Environmental Protection Agency, in her official capacity, | |
| Defendants. | |

[PR~~OPO~~SED] ORDER ON EXTENSION
(Civ. No. 11-6185 EMC)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

PURSUANT TO STIPULATION, IT IS SO ORDERED.   In addition, the 4/27/12 CMC is reset for 5/18/12 at 9:00 a.m. A joint CMC statement shall be filed by 5/11/12.

Dated: ____3/6/12_____.

_____
EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Presented by:

      /s/ Amanda W. Goodin      
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340 | Phone
(206) 343-1526 | *[FAX]*
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612-2807
(415) 217-2000 | Phone
(415) 217-2040 | *[FAX]*
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

[PROPOSED] ORDER ON EXTENSION
(Civ. No. 11-6185 EMC)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*