AMANDA W. GOODIN (WSB #41312)  HONORABLE EDWARD M. CHEN
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111-4608
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| BASEL ACTION NETWORK and SIERRA CLUB, | Civ. No. C11-6185 EMC |
| Plaintiffs, | |
| v. | STIPULATION FOR EXTENSION; [PROPOSED] ORDER |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; LISA P. JACKSON, Administrator, U.S. Environmental Protection Agency, in her official capacity, | (with modification) |
| Defendants. | |

STIPULATION FOR EXTENSION; [PROPOSED] ORDER (Civ. No. 11-6185 EMC)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Pursuant to Civil L.R. 6-2, Basel Action Network ("BAN") and Sierra Club (collectively "Plaintiffs") and Defendant United States Environmental Protection Agency ("EPA") and Lisa P. Jackson, Administrator, U.S. EPA, in her official capacity (collectively "Defendants"), hereby stipulate and agree to request an order changing the June 1, 2012 case management conference to June 19, 2012. In support of this stipulation, Plaintiffs submit the attached declaration from Amanda W. Goodin, counsel of record for Plaintiffs.

Respectfully submitted this 16th day of May, 2012.

s/ Amanda W. Goodin
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612-2807
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATION FOR EXTENSION; [PROPOSED] ORDER (Civ. No. 11-6185 EMC)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1         IGNACIA S. MORENO
        Assistant Attorney General
2         Environment and Natural Resources Division

3

4         s/  Amanda W. Goodin, for *
  * per email authorization    LESLIE M. HILL (DCB #476008)
5         U.S. Department of Justice
        Environment & Natural Resources Division
6         Environmental Defense Section
7         601 D Street N.W., Suite 8000
        Washington D.C.  20004
8         (202) 514-0375 | Phone
        (202) 514-8865 | Fax
9         leslie.hill@usdoj.gov

10         *Attorney for Defendants*

11

12

13         [~~PROPOSED~~] ORDER

14 Pursuant to Stipulation, IT IS SO ORDERED.  The CMC is reset from 6/1/12 to 6/22/12 at 9:00 a.m.  A joint

15 DATED this __18th day of May _____, 2012.  CMC Statement shall be filed by 6/15/12.

16

17         _____
        EDWARD M. CHEN
18         United States District Court Judge

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]

STIPULATION FOR EXTENSION; [PROPOSED]
ORDER (Civ. No. 11-6185 EMC)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Presented by:

s/ Amanda W. Goodin
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATION FOR EXTENSION; [PROPOSED]
ORDER (Civ. No. 11-6185 EMC)   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I HEREBY CERTIFY that on May 16, 2012, I electronically filed the following documents:

1. Stipulation for Extension; [Proposed] Order; and
2. Declaration of Amanda W. Goodin in Support of Stipulation for Extension.

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Leslie M. Hill
Assistant Attorney General
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
(202) 514-0375 | Phone
(202) 514-8865 | Fax
leslie.hill@usdoj.gov
*Attorney for Federal Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

AND I FURTHER CERTIFY that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

None

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of May, 2012, at Seattle, Washington.

Catherine Hamborg

CERTIFICATE OF SERVICE   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*