AMANDA W. GOODIN (WSB #41312)  
TODD D. TRUE (WSB #12864)  
*[Appearing Pro Hac Vice]*  
Earthjustice  
705 Second Avenue, Suite 203  
Seattle, WA 98104  
(206) 343-7340 | Phone  
(206) 343-1526 | Fax  
agoodin@earthjustice.org  
ttrue@earthjustice.org  

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)  
Earthjustice  
50 California Street, Suite 500  
San Francisco, CA 94111-4608  
(415) 217-2000 | Phone  
(415) 217-2040 | Fax  
etobin@earthjustice.org  

*Local Counsel for Plaintiffs*

HONORABLE EDWARD M. CHEN

UNITED STATES DISTRICT COURT  
FOR THE NORTHERN DISTRICT OF CALIFORNIA  
AT SAN FRANCISCO

| | |
|---|---|
| BASEL ACTION NETWORK and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; LISA P. JACKSON, Administrator, U.S. Environmental Protection Agency, in her official capacity,<br><br>Defendants. | Civ. No. C11-6185 EMC<br><br>STIPULATION FOR EXTENSION; [~~PROPOSED~~] ~~ORDER~~<br><br>AMENDED ORDER RESETTING CMC TO 6/19/12 at 9:00 a.m. |

STIPULATION FOR EXTENSION; [PROPOSED] ORDER (Civ. No. 11-6185 EMC)   -1-

1  Pursuant to Civil L.R. 6-2, Basel Action Network ("BAN") and Sierra Club (collectively
2  "Plaintiffs") and Defendant United States Environmental Protection Agency ("EPA") and Lisa P.
3  Jackson, Administrator, U.S. EPA, in her official capacity (collectively "Defendants"), hereby
4  stipulate and agree to request an order changing the June 1, 2012 case management conference to
5  June 19, 2012.  In support of this stipulation, Plaintiffs submit the attached declaration from
6  Amanda W. Goodin, counsel of record for Plaintiffs.
7  Respectfully submitted this 16th day of May, 2012.

s/  Amanda W. Goodin
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATION FOR EXTENSION; [PROPOSED]
ORDER (Civ. No. 11-6185 EMC)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

<u>s/  Amanda W. Goodin, for *</u>
<u>* per email authorization</u>
LESLIE M. HILL (DCB #476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
(202) 514-0375 | Phone
(202) 514-8865 | Fax
leslie.hill@usdoj.gov

*Attorney for Defendants*

[PROPOSED] ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

The CMC is reset for 6/19/12 at 9:00 a.m. A joint CMC statement shall be filed by 6/12/12.

DATED this ___18th___ day of ___May___, 2012.

_____
EDWARD M. CHEN
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION FOR EXTENSION; [PROPOSED]
ORDER (Civ. No. 11-6185 EMC)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Presented by:

s/  Amanda W. Goodin
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATION FOR EXTENSION; [PROPOSED]
ORDER (Civ. No. 11-6185 EMC)   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I HEREBY CERTIFY that on May 16, 2012, I electronically filed the following documents:

1. Stipulation for Extension; [Proposed] Order; and
2. Declaration of Amanda W. Goodin in Support of Stipulation for Extension.

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Leslie M. Hill
Assistant Attorney General
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
(202) 514-0375 | Phone
(202) 514-8865 | Fax
leslie.hill@usdoj.gov
*Attorney for Federal Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

AND I FURTHER CERTIFY that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

None

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of May, 2012, at Seattle, Washington.

Catherine Hamborg

CERTIFICATE OF SERVICE   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*