AMANDA W. GOODIN (WSB #41312)                HONORABLE EDWARD M. CHEN
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111-4608
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| BASEL ACTION NETWORK and SIERRA CLUB, ) | |
| ) | Civ. No. C11-6185 EMC |
| Plaintiffs, ) | |
| ) | |
| v. ) | STIPULATION REQUESTING |
| ) | REMOVAL FROM THE ADR |
| U.S. ENVIRONMENTAL PROTECTION ) | MULTI-OPTION PROGRAM AND |
| AGENCY, an agency of the United States; LISA P. ) | [PROPOSED] ORDER |
| JACKSON, Administrator, U.S. Environmental ) | |
| Protection Agency, in her official capacity, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

STIPULATION REQUESTING REMOVAL FROM THE ADR
MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
(Civ. No. 11-6185 EMC)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

The undersigned parties appreciate the opportunity to participate in the Court's ADR multi-option program. However, the parties agree that the above-captioned case is not amenable to an intermediate resolution at this time, that none of the ADR processes are likely to lead to resolution of the case or deliver benefits sufficient to justify the resources consumed by its use, and that the case should continue before the Court. See ADR LR 3-5(e)(3). The parties therefore jointly stipulate and request, pursuant to ADR LR 3-3(c) and Civ. LR 7-12, that the Court remove the above-captioned case from its ADR multi-option program.

Respectfully submitted this 30th day of May, 2012.

    /s/ Amanda W. Goodin
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111-4608
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER (Civ. No. 11-6185 EMC)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

|   |   |
|---|---|
| 1 | IGNACIA S. MORENO |
|   | Assistant Attorney General |
| 2 | Environment and Natural Resources Division |
| 3 |   |
| 4 | /s/ Amanda W. Goodin for, *per email authorization |
|   | LESLIE M. HILL |
| 5 | U.S. Department of Justice |
|   | Environment & Natural Resources Division |
| 6 | Environmental Defense Section |
| 7 | 601 D Street N.W., Suite 8000 |
|   | Washington D.C.  20004 |
| 8 | (202) 514-0375 | Phone |
|   | (202) 514-8865 | Fax |
| 9 | leslie.hill@usdoj.gov |
| 10 | *Attorney for Federal Defendants* |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED this 4th day of June _____, 2012

_____
THE HONORABLE
United States Judge

*IT IS SO ORDERED*
Judge Edward M. Chen

STIPULATION REQUESTING REMOVAL FROM THE ADR
MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
(Civ. No. 11-6185 EMC)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I HEREBY CERTIFY that on May 30, 2012, I electronically filed the following documents:

1. Stipulation Requesting Removal from the ADR Multi-Option Program and [Proposed] Order.

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Leslie M. Hill
Assistant Attorney General
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
(202) 514-0375 | Phone
(202) 514-8865 | Fax
leslie.hill@usdoj.gov
*Attorney for Federal Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

AND I FURTHER CERTIFY that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

None

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of May, 2012, at Seattle, Washington.

*Cheryl McEvoy*
Cheryl McEvoy

CERTIFICATE OF SERVICE   -1-