AMANDA W. GOODIN (WSB #41312)   HONORABLE EDWARD M. CHEN
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111-4608
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| BASEL ACTION NETWORK and SIERRA CLUB, | ) |
| Plaintiffs, | ) Civ. No. C11-6185 EMC |
| | ) |
| v. | ) STIPULATION REQUESTING |
| | ) REMOVAL FROM THE ADR |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States; LISA P. JACKSON, Administrator, U.S. Environmental Protection Agency, in her official capacity, | ) MULTI-OPTION PROGRAM AND ) [P<u>ROPO</u>SED] ORDER ) ) |
| Defendants. | ) |

STIPULATION REQUESTING REMOVAL FROM THE ADR
MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
(Civ. No. 11-6185 EMC)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  The undersigned parties appreciate the opportunity to participate in the Court's ADR
2 multi-option program.  However, the parties agree that the above-captioned case is not amenable
3 to an intermediate resolution at this time, that none of the ADR processes are likely to lead to
4 resolution of the case or deliver benefits sufficient to justify the resources consumed by its use,
5 and that the case should continue before the Court.  See ADR LR 3-5(e)(3).  The parties
6 therefore jointly stipulate and request, pursuant to ADR LR 3-3(c) and Civ. LR 7-12, that the
7 Court remove the above-captioned case from its ADR multi-option program.
8  Respectfully submitted this 30th day of May, 2012.

         /s/ Amanda W. Goodin
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111-4608
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATION REQUESTING REMOVAL FROM THE ADR
MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
(Civ. No. 11-6185 EMC)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division


<u>/s/ Amanda W. Goodin for, *per email authorization</u>
LESLIE M. HILL
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
(202) 514-0375 | Phone
(202) 514-8865 | Fax
leslie.hill@usdoj.gov

*Attorney for Federal Defendants*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED this 4th day of June, 2012

_____
THE HONORABLE
United States Judge

*IT IS SO ORDERED*
Judge Edward M. Chen

STIPULATION REQUESTING REMOVAL FROM THE ADR
MULTI-OPTION PROGRAM AND [PROPOSED] ORDER
(Civ. No. 11-6185 EMC)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I HEREBY CERTIFY that on May 30, 2012, I electronically filed the following documents:

1. Stipulation Requesting Removal from the ADR Multi-Option Program and [Proposed] Order.

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Leslie M. Hill
Assistant Attorney General
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
(202) 514-0375 | Phone
(202) 514-8865 | Fax
leslie.hill@usdoj.gov
*Attorney for Federal Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

AND I FURTHER CERTIFY that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

None

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of May, 2012, at Seattle, Washington.

*Cheryl McEvoy*
Cheryl McEvoy

CERTIFICATE OF SERVICE   -1-