AMANDA W. GOODIN (WSB #41312)          HONORABLE EDWARD M. CHEN
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111-4608
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| BASEL ACTION NETWORK and SIERRA CLUB,    ) | Civ. No. C11-6185 EMC |
|                        Plaintiffs,    ) | |
|                                       ) | |
|            v.                         ) | STIPULATION FOR EXTENSION; |
|                                       ) | [PROPOSED] ORDER |
| U.S. ENVIRONMENTAL PROTECTION          ) | |
| AGENCY, an agency of the United States; LISA P.    ) | |
| JACKSON, Administrator, U.S. Environmental    ) | |
| Protection Agency, in her official capacity,    ) | |
|                                       ) | |
|                        Defendants.    ) | |
| _____ ) | |

STIPULATION FOR EXTENSION; [PROPOSED]
ORDER (Civ. No. 11-6185 EMC)   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1        Pursuant to Civil L.R. 6-2, Basel Action Network ("BAN") and Sierra Club (collectively

2    "Plaintiffs") and Defendant United States Environmental Protection Agency ("EPA") and Lisa P.

3    Jackson, Administrator, U.S. EPA, in her official capacity (collectively "Defendants"), hereby

4    stipulate to and request an order removing the June 19, 2012 Case Management Conference

5    ("CMC") from the calendar (Dkt. 29).  The parties further stipulate to and request a new date for

6    the initial CMC after the parties have received the court's order on Defendants' motion to

7    dismiss (Dkt. 13), which is currently pending.  In support of this stipulation, Plaintiffs submit the

8    attached declaration from Amanda W. Goodin, counsel of record for Plaintiffs.

9        Respectfully submitted this 8th day of June, 2012.

10

11
                       /s/ (electronic mail authorization 6/8/12)
12
                       AMANDA W. GOODIN (WSB #41312)
                       TODD D. TRUE (WSB #12864)
13
                       *[Appearing Pro Hac Vice]*
14
                       Earthjustice
                       705 Second Avenue, Suite 203
15
                       Seattle, WA  98104
                       (206) 343-7340 | Phone
16
                       (206) 343-1526 | Fax
                       agoodin@earthjustice.org
17
                       ttrue@earthjustice.org

18
                       *Attorneys for Plaintiffs*

19
                       Erin Tobin (CSB #234943)
20
                       Earthjustice
                       426 Seventeenth Street, 5th Floor
21
                       Oakland, CA  94612-2807
                       (415) 217-2000 | Phone
22
                       (415) 217-2040 | Fax
                       etobin@earthjustice.org
23
                       *Local Counsel for Plaintiffs*
24

25

26

27
                       *Earthjustice*
STIPULATION FOR EXTENSION; [PROPOSED]     *705 Second Ave., Suite 203*
28
ORDER (Civ. No. 11-6185 EMC)   -2-        *Seattle, WA  98104*
                                         *(206) 343-7340*

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division


  /s/

LESLIE M. HILL (DCB #476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
(202) 514-0375 | Phone
(202) 514-8865 | Fax
leslie.hill@usdoj.gov

*Attorney for Defendants*


### [PROPOSED] ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

DATED this ___12th___ day of ____June____, 2012.

The 6/19/12 CMC is reset for 7/13/12 at 9:00 a.m.  A joint CMC Statement shall be filed by 7/6/12.



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

EDWARD M. CHEN

United States District Judge

STIPULATION FOR EXTENSION; [PROPOSED]
ORDER (Civ. No. 11-6185 EMC)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*