AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111-4608
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

HONORABLE EDWARD M. CHEN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| BASEL ACTION NETWORK and SIERRA CLUB, ) | Civ. No. C11-6185 EMC |
| Plaintiffs, ) | |
| ) | |
| v. ) | STIPULATION FOR EXTENSION; |
| ) | [PROPOSED] ORDER |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, an agency of the United States; LISA P. ) | |
| JACKSON, Administrator, U.S. Environmental ) | |
| Protection Agency, in her official capacity, ) | |
| ) | |
| Defendants. ) | |

STIPULATION FOR EXTENSION; [PROPOSED]
ORDER (Civ. No. 11-6185 EMC)   -1-

Pursuant to Civil L.R. 6-2, Basel Action Network ("BAN") and Sierra Club (collectively "Plaintiffs") and Defendant United States Environmental Protection Agency ("EPA") and Lisa P. Jackson, Administrator, U.S. EPA, in her official capacity (collectively "Defendants"), hereby stipulate to and request an order removing the June 19, 2012 Case Management Conference ("CMC") from the calendar (Dkt. 29).  The parties further stipulate to and request a new date for the initial CMC after the parties have received the court's order on Defendants' motion to dismiss (Dkt. 13), which is currently pending.  In support of this stipulation, Plaintiffs submit the attached declaration from Amanda W. Goodin, counsel of record for Plaintiffs.

Respectfully submitted this 8th day of June, 2012.

/s/ (electronic mail authorization 6/8/12)
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

STIPULATION FOR EXTENSION; [PROPOSED]
ORDER (Civ. No. 11-6185 EMC)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division


_/s/_____
LESLIE M. HILL (DCB #476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
(202) 514-0375 | Phone
(202) 514-8865 | Fax
leslie.hill@usdoj.gov

*Attorney for Defendants*


[PR~~OPO~~SED] ORDER

Pursuant to Stipulation, IT IS SO ORDERED.     The 6/19/12 CMC is reset for 7/13/12
                                               at 9:00 a.m.  A joint CMC Statement
DATED this ___12th__ day of ____June_____, 2012.  shall be filed by 7/6/12.



EDWARD M. _____ Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*