IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BASEL ACTION NETWORK, et al., | Case No.: CV-11-06185-EMC |
| Plaintiffs, | **JOINT STIPULATION FOR CASE MANAGEMENT CONFERENCE RESCHEDULING AND [PROPOSED] ORDER** |
| v. | |
| U.S. Environmental Protection Agency, et al., | |
| Defendants. | |

Pursuant to Civil L.R. 6-2, Defendant United States Environmental Protection Agency ("EPA") and Lisa P. Jackson, Administrator, U.S. EPA, in her official capacity (collectively "Defendants"), and the Basel Action Network ("BAN") and Sierra Club (collectively "Plaintiffs"), hereby stipulate to and request an order setting the initial Case Management Conference ("CMC") for August 24, 2012.  The CMC is currently set for July 13, 2012 (Dkt. 38), a date that counsel for Defendants is not available.  In support of this stipulation, Defendants submit the attached declaration of Leslie M. Hill, counsel of record for Defendants.  Additionally, counsel for the parties have conferred and because

1  Plaintiffs anticipate potentially filing a supplemental complaint to address a second,

2  closely related petition currently pending with EPA, the parties believe that scheduling

3  the case management conference for August 24, 2012 will allow the parties to prepare a

4  joint case management statement that incorporates the revised pleading.

6  Respectfully submitted,

7  Date: June 29, 2012

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

             /s/
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

/s/ (electronic mail authorization 6/29/12)
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
[Appearing Pro Hac Vice]
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

CASE NO. CV-11-06185-EMC
JOINT STIPULATION FOR CASE MANAGEMENT CONFERENCE RESCHEDULING AND
[PROPOSED] ORDER

Erin Tobin (CSB #234943)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED, and the Initial Case Management Conference is hereby reset for August 24, 2012.

DATED this _2nd_ day of _July_, 2012.

_____
EDWARD M. CHEN
United States District Judge

