1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment & Natural Resources Division
3  United States Department of Justice
   LESLIE M. HILL (D.C. Bar No. 476008)
4  Leslie.Hill@usdoj.gov
   Environmental Defense Section
5  601 D Street N.W., Suite 8000
6  Washington D.C.  20004
   Telephone (202) 514-0375
7  Facsimile (202) 514-8865

8  *Attorneys for Defendants*

9

10           IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  BASEL ACTION NETWORK, et al.,          Case No.: CV-11-06185-EMC

15                      Plaintiffs,        **STIPULATION EXTENDING TIME**
                                           **FOR DEFENDANTS TO FILE**
16              v.                         **ANSWER**  ; ORDER

17  U.S. Environmental Protection Agency,
18  et al.,

19                      Defendants.

20

21         Pursuant to Civil L.R. 6-1(a), Defendant United States Environmental Protection

22  Agency ("EPA") and Lisa P. Jackson, Administrator, U.S. EPA, in her official capacity

23  (collectively "Defendants"), and the Basel Action Network ("BAN") and Sierra Club

24  (collectively "Plaintiffs"), hereby stipulate and agree that Defendants' time to answer

25  Plaintiffs' Complaint for Declaratory and Injunctive Relief (Dkt.  No. 1) is extended to

26  and including August 10, 2012.  This extension will not alter the date of any event or any

27  deadline already fixed by Court order.

28

1  Respectfully submitted,

2  Date: June 29, 2012

3                                    IGNACIA S. MORENO
                                     Assistant Attorney General
4                                    Environment and Natural Resources Division

5

6                                    _____/s/_____

7                                    LESLIE M. HILL (D.C. Bar No. 476008)
                                     U.S. Department of Justice
8                                    Environment & Natural Resources Division
                                     Environmental Defense Section
9                                    601 D Street N.W., Suite 8000
                                     Washington D.C.  20004
10                                   Leslie.Hill@usdoj.gov
                                     Telephone (202) 514-0375
11                                   Facsimile (202) 514-8865

12

13                                   *Attorneys for Defendants*

14                                   /s/ (electronic mail authorization 6/29/12)
                                     AMANDA W. GOODIN (WSB #41312)
15                                   TODD D. TRUE (WSB #12864)
                                     [Appearing Pro Hac Vice]
16                                   Earthjustice
                                     705 Second Avenue, Suite 203
17                                   Seattle, WA  98104
                                     (206) 343-7340 | Phone
18                                   (206) 343-1526 | Fax
                                     agoodin@earthjustice.org
19                                   ttrue@earthjustice.org

20

21                                   *Attorneys for Plaintiffs*

22                                   Erin Tobin (CSB #234943)
23                                   Earthjustice
                                     426 Seventeenth Street, 5th Floor
24                                   Oakland, CA  94612-2807
                                     (415) 217-2000 | Phone
25                                   (415) 217-2040 | Fax
                                     etobin@earthjustice.org
26

27                                   *Local Counsel for Plaintiffs*

28

                                     CASE No. CV-11-06185-EMC
                                     STIPULATION EXTENDING TIME FOR DEFENDANTS
                                     TO FILE ANSWER AND [PROPOSED] ORDER

1

**[PROPOSED] ORDER**

2

Pursuant to Stipulation, IT IS SO ORDERED.

3

DATED this ___2nd___ day of ____July_____ 2012.



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28