IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BASEL ACTION NETWORK, et al., | Case No.: CV-11-06185-EMC |
| Plaintiffs, | **JOINT STIPULATION FOR CASE MANAGEMENT CONFERENCE RESCHEDULING, STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER, AND [PR~~OPO~~SED] ORDER** |
| v. | |
| U.S. Environmental Protection Agency, et al., | |
| Defendants. | |

Pursuant to Civil L.R. 6-2, Defendant United States Environmental Protection Agency ("EPA") and Lisa P. Jackson, Administrator, U.S. EPA, in her official capacity (collectively "Defendants"), and the Basel Action Network ("BAN") and Sierra Club (collectively "Plaintiffs"), hereby stipulate to and request an order setting the initial Case Management Conference ("CMC") for September 28, 2012.  The parties had previously agreed to schedule the CMC on August 24, 2012, but a managerial shift in EPA's legal office has delayed the process of obtaining EPA's approval on the joint case management statement due to additional discussions on matters related to this case and working

CASE NO. CV-11-06185-EMC
JOINT STIPULATION FOR CMC RESCHEDULING, STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER, AND [PROPOSED] ORDER

1

1  around schedules related to managerial shifts that counsel for Defendants had not
2  previously anticipated.  (Exhibit A, Declaration of Jennifer Wills).  Additionally,
3  Plaintiffs intend to file a motion to file a supplemental complaint no later than September
4  7, 2012.  The parties have conferred and expect that Plaintiffs' motion will be unopposed.
5  Accordingly, the parties request that the CMC be set for September 28, 2012 to allow
6  them to prepare a joint case management statement that incorporates the revised pleading
7  and allows time for counsel for Defendants to obtain EPA approval of the joint case
8  management statement.  The date requested is the first date after the expected filing of the
9  supplemental complaint that the court calendar allows for CMCs and counsel for both
10 parties are available.
11     The parties also stipulate and agree that Defendants time to answer Plaintiffs'
12 Complaint for Declaratory and Injunctive Relief (Dkt. No. 1) is extended to and including
13 September 17, 2012.  This extension will not alter the date of any event or any deadline
14 already fixed by Court order.
15
16 Respectfully submitted,
17 Date: August 9, 2012

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division


          /s/
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

CASE NO. CV-11-06185-EMC
JOINT STIPULATION FOR CMC RESCHEDULING, STIPULATION EXTENDING TIME FOR
DEFENDANTS TO FILE ANSWER, AND [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ (electronic mail authorization 8/9/12)
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
[Appearing Pro Hac Vice]
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

CASE NO. CV-11-06185-EMC
JOINT STIPULATION FOR CMC RESCHEDULING, STIPULATION EXTENDING TIME FOR
DEFENDANTS TO FILE ANSWER, AND [PROPOSED] ORDER

3

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED, and the Initial Case Management Conference is hereby reset for September 28, 2012.

DATED this __10th__ day of ___August_____, 2012.



_____
EDWARD M. CHEN
United States District Judge

CASE NO. CV-11-06185-EMC
JOINT STIPULATION FOR CMC RESCHEDULING, STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER, AND [PROPOSED] ORDER

4