1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment & Natural Resources Division
3  United States Department of Justice
   LESLIE M. HILL (D.C. Bar No. 476008)
4  Leslie.Hill@usdoj.gov
   Environmental Defense Section
5  601 D Street N.W., Suite 8000
6  Washington D.C.  20004
   Telephone (202) 514-0375
7  Facsimile (202) 514-8865

8  *Attorneys for Defendants*

9

10              **IN THE UNITED STATES DISTRICT COURT**

11              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                        **SAN FRANCISCO DIVISION**

13

14  | BASEL ACTION NETWORK, et al., | Case No.: CV-11-06185-EMC |
    |---|---|
15  | Plaintiffs, | **JOINT REQUEST TO APPEAR** |
16  | v. | **TELEPHONICALLY FOR INITIAL CASE MANAGEMENT** |
17  | U.S. Environmental Protection Agency, et al., | **CONFERENCE AND [PR~~OPO~~SED] ORDER** |
18  | | |
19  | Defendants. | |

20

21       Pursuant to Civil L.R. 6-2, Defendant United States Environmental Protection
22  Agency ("EPA") and Lisa P. Jackson, Administrator, U.S. EPA, in her official capacity
23  (collectively "Defendants"), and the Basel Action Network ("BAN"), Sierra Club, and
24  the Center for Biological Diversity (collectively "Plaintiffs"), hereby stipulate to and
25  request an order allowing the parties to appear telephonically for the initial Case
26  Management Conference ("CMC") at 9:00 am on September 28, 2012.
27       Lead counsel for EPA is located in Washington, D.C., and, due to current
28  government budgetary restrictions, has not received approval to travel to San Francisco

CASE NO. CV-11-06185-EMC
JOINT REQUEST TO APPEAR TELEPHONICALLY FOR INITIAL CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER

1

1  for the CMC.  No local Department of Justice attorneys are assigned to this matter and no
2  other Department of Justice attorneys have worked on this matter in any capacity.  Lead
3  counsel for Plaintiffs is located in Seattle, WA and does not object to this request so long
4  as both parties appear telephonically.
5       Therefore, for the reasons stated above, the parties request that they both be
6  allowed to appear and participate telephonically at the September 28, 2012 initial CMC.
7
8  Respectfully submitted,
9  Date: September 21, 2012

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

          /s/
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*


/s/ (electronic mail authorization 9/18/12)
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
[Appearing Pro Hac Vice]
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

CASE NO. CV-11-06185-EMC
JOINT REQUEST TO APPEAR TELEPHONICALLY FOR INITIAL CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER

2

1
2      *Attorneys for Plaintiffs*
3      Erin Tobin (CSB #234943)
       Earthjustice
4      426 Seventeenth Street, 5th Floor
       Oakland, CA  94612-2807
5      (415) 217-2000 | Phone
       (415) 217-2040 | Fax
6      etobin@earthjustice.org
7
       *Local Counsel for Plaintiffs*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. CV-11-06185-EMC
JOINT REQUEST TO APPEAR TELEPHONICALLY FOR INITIAL CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER

3

1  **[PROPOSED] ORDER**

2  Before the Court is the parties' Joint Request To Appear Telephonically For

3  Initial Case Management Conference And [Proposed] Order on September 28, 2012, at

4  9:00 a.m. Upon due consideration, and for good cause shown, the parties' request is

5  hereby GRANTED. It is further ordered that

6  ____ counsel will call the following number to participate in the hearing:

7  _____

8  __x__ Plaintiffs' counsel will be called at (206) 343-7340 ext. 1020 and

9  Defendant's counsel will be called at (202) 514-0375 to participate in the hearing.

10  Counsel will be available from 9:00 am until the call occurs.  Court to call counsel between 9:00 and 10:30 a.m.

11  IT IS SO ORDERED.

12  DATED this __24th__ day of __September__, 2012.

15  _____
16  EDWARD M. CHEN
    United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

CASE NO. CV-11-06185-EMC
JOINT REQUEST TO APPEAR TELEPHONICALLY FOR INITIAL CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER

4