IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

[additional counsel listed in signature blocks]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BASEL ACTION NETWORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Defendants. | Case No.: CV-11-06185-EMC <br><br> **JOINT STIPULATION FOR AMENDED BRIEFING SCHEDULE AND  [PROPOSED] ORDER** <br><br> (modified) |

Pursuant to Civil L.R. 6-2, Defendant United States Environmental Protection Agency ("EPA") and Lisa P. Jackson, Administrator, U.S. EPA, in her official capacity (collectively "Defendants"), and the Basel Action Network ("BAN"), Sierra Club, and Center for Biological Diversity (collectively "Plaintiffs"), hereby stipulate to and request an order resetting the briefing on Defendants' motion for judgment on the pleadings and scope/standard of review (Dkt. No. 54) as follows:

1     November 28, 2012 - Defendants' motion for judgment on the pleadings and
2 scope/standard of review due

3     January 9, 2012 - Plaintiffs' opposition due

4     January 30, 2012 - Defendants' reply due

5     February 15, 2012 - Hearing on motion at 1:30 p.m.

6     During the Initial CMC (Dkt. No. 54), the Court suggested that the parties confer
7 and determine which party would move on the scope/standard of review issue, though the
8 Minute Order indicated that Plaintiffs should cross-move on the issue. The parties have
9 now agreed that Defendants will move on the issue. In order to allow Defendants time to
10 include that issue in their opening brief, the parties stipulate and request that the Court
11 reschedule briefing and the hearing as set forth above.

12     Further, the parties are currently discussing the possibility of requesting a stay of
13 the litigation for a brief period after which EPA would respond substantively to the
14 remaining portions of Plaintiffs' petitions requesting action under the Marine Protection,
15 Resources, and Sanctuaries Act. The parties expect that the requested briefing schedule
16 would also allow the parties sufficient time to determine if a stay is appropriate.

17     Accordingly, the parties respectfully request that the Court set a new briefing and
18 hearing schedule as set forth above.

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1   Respectfully submitted,

2   Date: November 7, 2012

3                                                       IGNACIA S. MORENO
                                                        Assistant Attorney General
4                                                       Environment and Natural Resources Division

5

6                                                               /s/
7                                                       LESLIE M. HILL (D.C. Bar No. 476008)
                                                        U.S. Department of Justice
8                                                       Environment & Natural Resources Division
                                                        Environmental Defense Section
9                                                       601 D Street N.W., Suite 8000
                                                        Washington D.C.  20004
10                                                      Leslie.Hill@usdoj.gov
11                                                      Telephone (202) 514-0375
                                                        Facsimile (202) 514-8865
12

13                                                      *Attorneys for Defendants*

14
                                                        /s/ (electronic mail authorization 11/7/12)
15                                                      AMANDA W. GOODIN (WSB #41312)
16                                                      TODD D. TRUE (WSB #12864)
                                                        [Appearing Pro Hac Vice]
17                                                      Earthjustice
                                                        705 Second Avenue, Suite 203
18                                                      Seattle, WA  98104
19                                                      (206) 343-7340 | Phone
                                                        (206) 343-1526 | Fax
20                                                      agoodin@earthjustice.org
21                                                      ttrue@earthjustice.org

22                                                      *Attorneys for Plaintiffs*

23                                                      Erin Tobin (CSB #234943)
24                                                      Earthjustice
                                                        426 Seventeenth Street, 5th Floor
25                                                      Oakland, CA  94612-2807
                                                        (415) 217-2000 | Phone
26                                                      (415) 217-2040 | Fax
27                                                      etobin@earthjustice.org

28                                                      *Local Counsel for Plaintiffs*

1 **[~~PROP~~OSED] ORDER**

2     Pursuant to Stipulation, IT IS SO ORDERED, and the briefing schedule is hereby

3 reset as follows:

4     November 28, 2012 - Defendants' motion for judgment on the pleadings and

5 scope/standard of review due

6     January 9, ~~2012~~ 2013 - Plaintiffs' opposition due

7     January 30, ~~2012~~ 2013 - Defendants' reply due

8     February ~~15, 2012~~ 14, 2013 - Hearing on motion at 1:30 p.m.

9

10     DATED this __8th__ day of November, 2012.



EDWA[RD]
United S[tates]

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

CASE NO. CV-11-06185-EMC
JOINT STIPULATION FOR AMENDED BRIEFING SCHEDULE
AND [PROPOSED] ORDER

4