1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment & Natural Resources Division
   United States Department of Justice
3  LESLIE M. HILL (D.C. Bar No. 476008)
4  Leslie.Hill@usdoj.gov
   Environmental Defense Section
5  601 D Street N.W., Suite 8000
   Washington D.C.  20004
6  Telephone (202) 514-0375
7  Facsimile (202) 514-8865

8  *Attorneys for Defendants*

9  [additional counsel listed in signature blocks]

10        **IN THE UNITED STATES DISTRICT COURT**

11     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12           **SAN FRANCISCO DIVISION**

13

14

15  BASEL ACTION NETWORK, et al.,          Case No.: CV-11-06185-EMC

16              Plaintiffs,                **JOINT STIPULATION FOR**
                                           **AMENDED BRIEFING SCHEDULE**
17         v.                              **AND  [PROPOSED] ORDER**

18  U.S. Environmental Protection Agency,       (modified)
    et al.,
19
20              Defendants.

21

22          Pursuant to Civil L.R. 6-2, Defendant United States Environmental Protection

23  Agency ("EPA") and Lisa P. Jackson, Administrator, U.S. EPA, in her official capacity

24  (collectively "Defendants"), and the Basel Action Network ("BAN"), Sierra Club, and

25  Center for Biological Diversity (collectively "Plaintiffs"), hereby stipulate to and request

26  an order resetting the briefing on Defendants' motion for judgment on the pleadings and

27  scope/standard of review (Dkt. No. 54) as follows:

28

1    November 28, 2012 - Defendants' motion for judgment on the pleadings and

2    scope/standard of review due

3    January 9, 2012 - Plaintiffs' opposition due

4    January 30, 2012 - Defendants' reply due

5    February 15, 2012 - Hearing on motion at 1:30 p.m.

6    During the Initial CMC (Dkt. No. 54), the Court suggested that the parties confer

7    and determine which party would move on the scope/standard of review issue, though the

8    Minute Order indicated that Plaintiffs should cross-move on the issue.  The parties have

9    now agreed that Defendants will move on the issue.  In order to allow Defendants time to

10   include that issue in their opening brief, the parties stipulate and request that the Court

11   reschedule briefing and the hearing as set forth above.

12   Further, the parties are currently discussing the possibility of requesting a stay of

13   the litigation for a brief period after which EPA would respond substantively to the

14   remaining portions of Plaintiffs' petitions requesting action under the Marine Protection,

15   Resources, and Sanctuaries Act.  The parties expect that the requested briefing schedule

16   would also allow the parties sufficient time to determine if a stay is appropriate.

17   Accordingly, the parties respectfully request that the Court set a new briefing and

18   hearing schedule as set forth above.

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1   Respectfully submitted,

2   Date: November 7, 2012

3                           IGNACIA S. MORENO
4                           Assistant Attorney General
                            Environment and Natural Resources Division
5

6                           _____/s/_____
7                           LESLIE M. HILL (D.C. Bar No. 476008)
                            U.S. Department of Justice
8                           Environment & Natural Resources Division
                            Environmental Defense Section
9                           601 D Street N.W., Suite 8000
                            Washington D.C.  20004
10                          Leslie.Hill@usdoj.gov
                            Telephone (202) 514-0375
11                          Facsimile (202) 514-8865
12

13                          *Attorneys for Defendants*

14

15                          /s/ (electronic mail authorization 11/7/12)
                            AMANDA W. GOODIN (WSB #41312)
16                          TODD D. TRUE (WSB #12864)
                            [Appearing Pro Hac Vice]
17                          Earthjustice
                            705 Second Avenue, Suite 203
18                          Seattle, WA  98104
19                          (206) 343-7340 | Phone
                            (206) 343-1526 | Fax
20                          agoodin@earthjustice.org
21                          ttrue@earthjustice.org

22                          *Attorneys for Plaintiffs*

23                          Erin Tobin (CSB #234943)
24                          Earthjustice
                            426 Seventeenth Street, 5th Floor
25                          Oakland, CA  94612-2807
                            (415) 217-2000 | Phone
26                          (415) 217-2040 | Fax
27                          etobin@earthjustice.org

28                          *Local Counsel for Plaintiffs*

                                         CASE NO. CV-11-06185-EMC
                            JOINT STIPULATION FOR AMENDED BRIEFING SCHEDULE
                                         AND  [PROPOSED] ORDER

1        **[PROPOSED] ORDER**

2        Pursuant to Stipulation, IT IS SO ORDERED, and the briefing schedule is hereby

3   reset as follows:

4        November 28, 2012 - Defendants' motion for judgment on the pleadings and

5   scope/standard of review due

6        January 9, ~~2012~~ 2013 - Plaintiffs' opposition due

7        January 30, ~~2012~~ 2013 - Defendants' reply due

8        February ~~13, 2012~~ 14, 2013 - Hearing on motion at 1:30 p.m.

9

10       DATED this __8th__ day of November, 2012.

11

12

13

14       EDWA

15       United S

16

17

18

19

20

21

22

23

24

25

26

27

28

