IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

[additional counsel listed in signature blocks]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BASEL ACTION NETWORK, et al., <br>     Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br>     Defendants. | Case No.: CV-11-06185-EMC <br><br> **STIPULATED MOTION FOR STAY; [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-2, Basel Action Network ("BAN"), Sierra Club, and Center for Biological Diversity (collectively "Plaintiffs") and Defendant United States Environmental Protection Agency ("EPA") and Lisa P. Jackson, Administrator, U.S. EPA, in her official capacity (collectively "Defendants"), hereby stipulate to and request an order staying the above-captioned litigation pursuant to the terms of the attached Joint Stipulation for Stay of All Proceedings (Exhibit A).  The parties have agreed to the terms of a stay to allow Defendants to respond to the outstanding requests in Plaintiffs' petitions under the Marine Protection, Research, and Sanctuaries Act ("MPRSA"), which are currently pending with EPA.  The parties' negotiations during the course of the stay and/or EPA's response to the MPRSA portions of Plaintiffs' petitions may obviate the need for further litigation.  Alternatively, if the parties are unable to reach agreement, Plaintiffs anticipate seeking leave to amend the complaint upon expiration of the stay to add claims under the MPRSA.  Because there is significant overlap in the factual basis for Plaintiffs' TSCA and MPRSA claims, litigating these claims together promotes judicial economy.

In support of this stipulated motion, the parties submit the Declaration of Leslie M. Hill, counsel of record for Defendants (attached as Exhibit B).

//
//
//
//
//
//
//
//
//

Respectfully submitted this 31st day of December, 2012.

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

_____
LESLIE M. HILL (D.C. Bar #476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
(202) 514-0375 | Phone
(202) 514-8865 | Fax
leslie.hill@usdoj.gov

*Attorneys for Defendants*


 /s/ authorized by email 12/31/12
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Erin Tobin (CSB #234943)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612-2807
(415) 217-2000 | Phone
(415) 217-2040 | Fax
etobin@earthjustice.org

*Local Counsel for Plaintiffs*

Case No. CV-11-06185-EMC
STIPULATED MOTION FOR STAY; [PROPOSED] ORDER

3

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED. Defendants' motion for judgment set for 2/14/13 is hereby vacated.

DATED this ___2nd___ day of ___January___, 201_3_.

_____
EDWARD M. CHEN
United States District Judge



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

CASE NO. CV-11-06185-EMC
STIPULATED MOTION FOR STAY; [PROPOSED] ORDER

4