ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

[additional counsel listed in signature blocks]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BASEL ACTION NETWORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Environmental Protection Agency, et al., <br><br> Defendants. | Case No.: 3:11-cv-06185-EMC <br><br> **JOINT STIPULATION CONTINUING THE CASE MANAGEMENT CONFERENCE, REQUEST TO APPEAR TELEPHONICALLY, AND  [PROPOSED] ORDER** <br><br> Date: February 4, 2014 <br> Time: 9:00 a.m. <br> Courtroom 5, 17th Floor |

Pursuant to Civil L.R. 6-2, Defendant United States Environmental Protection Agency ("EPA") and Gina McCarthy, Administrator, U.S. EPA, in her official capacity (collectively "Defendants"), and the Basel Action Network ("BAN"), Sierra Club, and Center for Biological Diversity (collectively "Plaintiffs"), hereby stipulate to and request an order continuing the Case Management Conference ("CMC") currently set for February 4, 2014 (Dkt. No. 62) to February 11, 2014 at 9:00 a.m. in Courtroom 5, 17th

1  Floor, San Francisco.  The Court previously stayed all proceedings, in part, to allow EPA
2  to act on the portion of Plaintiffs' petition requesting that EPA take certain actions under
3  the Marine Protection, Research, and Sanctuaries Act ("MPRSA") (Dkt. No. 61).  The
4  stay expired on December 31, 2013.  EPA has not yet taken action on the MPRSA
5  portion of Plaintiffs' petition.  EPA reasonably expects to act by January 29, 2014.  The
6  parties agree that until Plaintiffs consider EPA's response to the MPRSA portion of the
7  petition, they cannot effectively meet and confer on how to proceed with the pending
8  case.  Accordingly, the parties request that the CMC be continued until February 25,
9  2014, the next available CMC date that counsel for both parties is available, and that the
10 case management statement be due on February 18, 2014.
11       Lead counsel for EPA is located in Washington, D.C., and, due to current
12 government budgetary restrictions, has not received approval to travel to San Francisco
13 for the CMC.  No local Department of Justice attorneys are assigned to this matter and no
14 other Department of Justice attorneys have worked on this matter in any capacity.  Lead
15 counsel for Plaintiffs is located in Seattle, WA and does not object to this request so long
16 as both parties appear telephonically.
17       Therefore, for the reasons stated above, the parties request that they both be
18 allowed to appear and participate telephonically at the February 25, 2014 initial CMC.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  Respectfully submitted,

2  Date: January 14, 2014

3                                              ROBERT G. DREHER
4                                              Acting Assistant Attorney General
                                               Environment and Natural Resources Division
5

6                                                  /s/  Leslie M. Hill
7                                              LESLIE M. HILL (D.C. Bar No. 476008)
                                               U.S. Department of Justice
8                                              Environment & Natural Resources Division
                                               Environmental Defense Section
9                                              601 D Street N.W., Suite 8000
                                               Washington D.C.  20004
10                                             Leslie.Hill@usdoj.gov
11                                             Telephone (202) 514-0375
                                               Facsimile (202) 514-8865
12

13                                             *Attorneys for Defendants*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2  /s/ (electronic mail authorization 1/14/14)
   AMANDA W. GOODIN (WSB #41312)
3  TODD D. TRUE (WSB #12864)
   [Appearing Pro Hac Vice]
4  Earthjustice
   705 Second Avenue, Suite 203
5  Seattle, WA  98104
   (206) 343-7340 | Phone
6  (206) 343-1526 | Fax
   agoodin@earthjustice.org
7  ttrue@earthjustice.org
8
9  *Attorneys for Plaintiffs*

10 Gregory C. Loarie
   Earthjustice
11 50 California Street, Suite 500
   San Francisco, CA 94111-4608
12 (415) 217-2000 | Phone
   (415) 217-2040 | Fax
13 gloarie@earthjustice.org
14
15 *Local Counsel for Plaintiffs*

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **[P~~ROPO~~SED] ORDER**

2 Pursuant to Stipulation, the case management conference is continued until

3 February ~~25~~ 27, 2014 at 9:00 a.m. in Courtroom 5, 17th Floor, San Francisco.  The case

4 management statement shall be due February ~~18~~ 20, 2014.

5 Further, before the Court is the parties' Joint Request to Appear Telephonically

6 on February ~~25~~ 27, 2014, at 9:00 a.m.  Upon due consideration, and for good cause shown,

7 the parties' request is hereby GRANTED.  It is further ordered that

8 _\_\_ counsel will call the following number to participate in the hearing:

9 _____

10 _X_ Plaintiffs' counsel will be called at (206) 343-7340 ext. 1020 and Defendants'

11 counsel will be called at (202) 514-0375 to participate in the hearing.  Counsel will be

12 available from 9:00 am until the call occurs.

13 IT IS SO ORDERED.

14 DATED this __22nd__ day of January 2014.



EDWARD
United Sta

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen