AMANDA W. GOODIN (WSB #41312)  HONORABLE EDWARD M. CHEN
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Gregory C. Loarie (CSB #215859)
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111-4608
(415) 217-2000 | Phone
(415) 217-2040 | Fax
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

BASEL ACTION NETWORK, et al., )
                              ) Civ. No. C11-6185 EMC
            Plaintiffs,       )
                              )
      v.                      ) **JOINT STIPULATION**
                              ) **CONTINUING THE CASE**
U.S. ENVIRONMENTAL PROTECTION ) **MANAGEMENT CONFERENCE**
AGENCY, an agency of the United States; LISA P. ) **AND [PROPOSED] ORDER**
JACKSON, Administrator, U.S. Environmental )
Protection Agency, in her official capacity, )
                              )
            Defendants.       )
_____)

JOINT STIPULATION CONTINUING THE CASE                 *Earthjustice*
MANAGEMENT CONFERENCE AND                             *705 Second Ave., Suite 203*
[PROPOSED] ORDER (Civ. No. 11-6185 EMC)   -1-         *Seattle, WA  98104*
                                                      *(206) 343-7340*

Pursuant to Civil L.R. 6-2, Defendants United States Environmental Protection Agency ("EPA") and Gina McCarthy, Administrator, U.S. EPA, in her official capacity (collectively "Defendants"), and the Basel Action Network ("BAN"), Sierra Club, and Center for Biological Diversity (collectively "Plaintiffs"), hereby stipulate to and request an order continuing the Case Management Conference ("CMC") currently set for February 27, 2014 (Dkt. No. 65) to March 27, 2014 at 9:00 a.m. in Courtroom 5, 17th Floor, San Francisco.  The Court previously stayed all proceedings, in part, to allow EPA to act on the portion of Plaintiffs' administrative petition requesting that EPA take certain actions under the Marine Protection, Research, and Sanctuaries Act ("MPRSA") (Dkt. No. 61).  On January 29, 2014, EPA responded to the MPRSA portion of Plaintiffs' petition.  EPA's response grants in part and denies in part Plaintiffs' petition, and contains detailed technical explanation of EPA's rationale for its action.  Due to the complex nature of EPA's response to Plaintiffs' petition, Plaintiffs require additional time to review EPA's response and to determine appropriate next steps in this litigation.  The parties agree that until Plaintiffs have had adequate time to consider EPA's response to the MPRSA portion of the petition, they cannot effectively meet and confer on how to proceed with the pending case.  Plaintiffs reasonably believe that an additional 28 days will provide adequate time to review EPA's response and decide on appropriate next steps.  Accordingly, the parties request that the CMC be continued until March 27, 2014, and that the case management statement be due on March 20, 2014.

//
//
//
//
//
//
//

JOINT STIPULATION CONTINUING THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER (Civ. No. 11-6185 EMC)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Respectfully submitted,
Date: February 10, 2014

   /s/ Amanda W. Goodin
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Gregory C. Loarie
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111-4608
(415) 217-2000 | Phone
(415) 217-2040 | Fax
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Leslie M. Hill (email authorization 2/10/14)
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

JOINT STIPULATION CONTINUING THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER (Civ. No. 11-6185 EMC)   -3-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1  **[PROPOSED] ORDER**

2  Pursuant to Stipulation, the case management conference is continued until March 27,
3  2014 at 9:00 a.m. in Courtroom 5, 17th Floor, San Francisco.  The case management statement
4  shall be due March 20, 2014.

5  Further, pursuant to the Court's Order granting the parties' Joint Request To Appear
6  Telephonically, Dkt. No. 65 (Jan. 22. 2014), it is further ordered that Plaintiffs' counsel will be
7  called at (206) 343-7340 ext. 1020 and Defendants' counsel will be called at (202) 514-0375 to
   participate in the conference.  Counsel will be available from 9:00 am until the call occurs.
8  IT IS SO ORDERED.
9  DATED this ___13th___ day of February 2014.



_____
EDW[ARD M. CHEN]
Unite[d States District Judge]

JOINT STIPULATION CONTINUING THE CASE
MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER (Civ. No. 11-6185 EMC)   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I HEREBY CERTIFY that on February 10, 2014, I electronically filed the following documents:

1. Joint Stipulation Continuing the Case Management Conference and [Proposed] Order

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Leslie M. Hill
Assistant Attorney General
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
(202) 514-0375 | Phone
(202) 514-8865 | Fax
leslie.hill@usdoj.gov
*Attorney for Federal Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

AND I FURTHER CERTIFY that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

None

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of February, 2014, at Seattle, Washington.

*Cheryl McEvoy*
Cheryl McEvoy

CERTIFICATE OF SERVICE   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*