AMANDA W. GOODIN (WSB #41312)   HONORABLE EDWARD M. CHEN
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Gregory C. Loarie (CSB #215859)
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111-4608
(415) 217-2000 | Phone
(415) 217-2040 | Fax
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
AT SAN FRANCISCO

| | |
|---|---|
| BASEL ACTION NETWORK, et al., | ) |
| | ) Case No. 3:11-cv-06185-EMC |
| Plaintiffs, | ) |
| | ) |
| v. | ) JOINT STIPULATION FOR |
| | ) DISMISSAL WITHOUT PREJUDICE |
| U.S. ENVIRONMENTAL PROTECTION | ) |
| AGENCY, an agency of the United States; LISA P. | ) |
| JACKSON, Administrator, U.S. Environmental | ) |
| Protection Agency, in her official capacity, | ) |
| | ) |
| Defendants. | ) |
| | ) |

JOINT STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE (Case No. 3:11-cv-06185-EMC)   -1-

Case 3:11-cv-06185-EMC   Document 69   Filed 03/19/14   Page 2 of 5

WHEREAS, the United States Environmental Protection Agency ("EPA") issued a general permit under the Marine Protection, Research, and Sanctuaries Act ("MPRSA") to the U.S. Navy on January 11, 1977, for the transport of target vessels for the purpose of sinking. The general permit is codified at 40 C.F.R. § 229.2;

WHEREAS, in a letter dated August 2, 1999, EPA interpreted the general permit requirements specific to the removal of materials containing polychlorinated biphenyls ("PCBs");

WHEREAS, in petitions dated June 28, 2011, and April 11, 2012, Plaintiffs requested that EPA take action to amend the MPRSA general permit or, in the alternative, to take other action under the Toxic Substances Control Act ("TSCA") with respect to PCBs remaining on vessels after sinking under the Navy's sinking exercise ("SINKEX") program;

WHEREAS, EPA did not respond to the TSCA portion of Plaintiffs' 2011 petition and denied the request for action under TSCA in the 2012 petition by letter dated July 10, 2012;

WHEREAS, on December 9, 2011, Plaintiffs filed the present lawsuit, challenging EPA inaction in responding to requests in the petitions for action under the TSCA (Dkt. No. 1);

WHEREAS, EPA responded to Plaintiffs' June 28, 2011 and April 11, 2012 petitions for action under the MPRSA on January 29, 2014;

WHEREAS, Plaintiffs' position is that EPA's 2014 response to Plaintiffs' petitions is inadequate and does not address their serious concerns regarding the SINKEX program identified in Plaintiffs' petitions;

WHEREAS, Plaintiffs no longer intend to pursue litigation under TSCA challenging EPA's July 10, 2012 response and failure to respond to the TSCA portion of Plaintiffs' 2011 petition;

JOINT STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE (Case No. 3:11-cv-06185-EMC)   -2-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

WHEREFORE, the parties stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the litigation in Basel Action Network, et al. v. EPA et al., No. CV-11-06185-EMC, shall be dismissed without prejudice, with each side to bear its own costs.

Respectfully submitted,

Date:  March 17, 2014

    /s/ Amanda W. Goodin
AMANDA W. GOODIN (WSB #41312)
TODD D. TRUE (WSB #12864)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
agoodin@earthjustice.org
ttrue@earthjustice.org

*Attorneys for Plaintiffs*

Gregory C. Loarie
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111-4608
(415) 217-2000 | Phone
(415) 217-2040 | Fax
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE (Case No. 3:11-cv-06185-EMC)   -3-

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division

Email authorization 3/14/14_____
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

```
IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District Judge
```



JOINT STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE (Case No. 3:11-cv-06185-EMC)   -4-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

I HEREBY CERTIFY that on March 17, 2014, I electronically filed the following documents:

1. Joint Stipulation for Dismissal Without Prejudice

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Leslie M. Hill
Assistant Attorney General
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
(202) 514-0375 | Phone
(202) 514-8865 | Fax
leslie.hill@usdoj.gov
*Attorney for Federal Defendants*

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via hand delivery
☐ via e-mail
☒ via electronic service by Clerk

AND I FURTHER CERTIFY that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:

None

I, Cheryl McEvoy, declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of March, 2014, at Seattle, Washington.

_____
Cheryl McEvoy

CERTIFICATE OF SERVICE   -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*